*Kathryn Ward Bare,* assistant state's attorney, in opposition.

Decided March 23, 2011

STATE OF CONNECTICUT *v.* BECKER ALTAYEB

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 383 (AC 31678), is denied.

*Andrew B. Bowman,* in support of the petition.

*Linda Currie-Zeffiro,* assistant state's attorney, in opposition.

Decided March 23, 2011

MAURICE R. MCELVEEN *v.* EILEEN F. MEEHAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 32417) is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Maurice R. McElveen,* pro se, in support of the petition.

Decided March 23, 2011

STATE OF CONNECTICUT *v.* DAVID KNIGHT

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 189 (AC 30145), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.